# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER**
**ADC #650936**                                                                                              **PLAINTIFF**

v.                                      Case No. 4:24-cv-00765-KGB

**JOYCE MARSHALL, Lieutenant,**
**and COREY LOWERY, Investigator**                                          **DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 16). Plaintiff Carlos Ray Frazier has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, Mr. Frazier's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. The pending motions are denied as moot (Dkt. Nos. 19; 26; 32).

It is so ordered this 21st day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge